FILED
U.S. DISTRICT COURT
MIDDLE GEORGIA

2011 AUG 12 PM 2:29

_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT GEORGIA
MACON DIVISION

DEBORAH D. ARMSTRONG
DONNIS A. ARMSTRONG (DECEASED)
1711 JAJEF AVE.
CONLEY, GA. 30288

PLAINTIFF

VS.

CIVIL ACTION FILE NO: 5:11-CV-310

WELLS FARGO HOME
MORTGAGE, INC
P.O. BOX 10335
DES MOINES, IA. 50306

MAGISTRATE CASE NO:
11D75835

DEFENDANT

## COMPLAINT TO VACATE AND SET ASIDE ILLEGAL FORECLOSURE AND DISPOSSESSORY AND DECLARATORY RELIEF
### PRELIMINARY STATEMENT

1.

This action is brought by Plaintiff **Deborah D. Armstrong**, mortgagee, who holds a fee simple deed to property located at 1711 Jajef Ave. Conley, Georgia 30288, **Dekalb County** against the alleged mortgage company **Wells Fargo Home Mortgage, Inc** that held and serviced a mortgage on the residential property and McCalla Raymer, LLC who acted on the behalf of Wells Fargo Home Mortgage, Inc.

### JURISDICTION
2.

Jurisdiction and venue of this Court over this matter is invoked pursuant to the 28 U.S.C. A§ 1331, 1332, 1343 and 1357. The amount in controversy exceeds $ 160,000.00 exclusive of interest and costs.

### PARTIES
3.

Plaintiff Deborah D. Armstrong, is the mortgagee and the property is located at 1711 Jajef Ave. Conley, Georgia 30288 Dekalb County state of Georgia.

4.

Defendant Wells Fargo Home Mortgage, Inc is a corporation with its principle place of business in Des Moines, Iowa and may be served with a copy of this Complaint, and Summons upon its registered agent McCalla Raymer, LLC located at 1544 Old Alabama Rd. Roswell,Ga. 30076 Fulton County state of Georgia. At all times material to this action. Defendant Wells Fargo Home Mortgage, Inc regularly transacts business in the State of Georgia. Defendant Wells Fargo Home Mortgage, Inc (McCalla Raymer, LLC) is a debt collector as those terms are defined in FDCPA, 15 U.S.C. A§ 2605(i) (2).

5.

Defendant Wells Fargo Home Mortgage, Inc.(herein referred to as The Lender) may be served with a copy of this Complaint and Summons upon its counsel of record,Wells Fargo Home Mortgage,Inc, McCalla Raymer,LLC, all located at P.O.Box Des Moines ,Iowa 50306 and 1544 Old Alabama Road Roswell,Ga. 30076. At all times material to this action. Defendant (Wells Fargo Home Mortgage, Inc) regularly transacts business in the State of Georgia.

## NATURE OF THE ACTION
6.7.8.

This is an action to enjoin defendants from conducting and enforcing an illegal writ of possession with respect to property located at 1711 Jajef Ave. Conley,Ga. 30288 Dekalb County Conley,Georgia against Plaintiff and to set aside the illegal foreclosure sale and to suspend payments into the registry of State Court of Dekalb County and for damages based upon wrongful foreclosure sale with respect to property located at 1711 Jajef Ave. Conley,Ga. Dekalb County . Said property is located within this District. Plaintiff further seeks an emergency temporary restraining order, a preliminary injunction, legal research fees,and other necessary and proper relief.

## COUNT I
## ILLEGAL FORECLOSURE SALE
9.

Wells Fargo Home Mortgage ,Inc (Lender), claims an interest in said real estate by reason on a note dated April 28, 2008(Wells Fargo Bank), secured by a mortgage recorded against said real estate. A copy of the note and mortgage are attached as Exhibits A and B.

10.

Defendant Wells Fargo Home Mortgage, Inc conducted the illegal foreclosure sale on Plaintiff's property located at 1711 Jajef Ave. Conley, Georgia 30288 Dekalb County, on behalf of (The Lender Wells Fargo Home Mortgage, Inc). Sale took place on the first Tuesday in November 2010.

11.

Defendant Wells Fargo Home Mortgage, Inc conducted the illegal dispossessory on February 2, 2011 and obtained the illegal writ of possession on June 2, 2011 on behalf of Wells Fargo Home Mortgage, Inc.

12.

Plaintiff avers that defendants have engaged in abusive, deceptive and unfair collection practice in violations of the Fair Debt Collection Act (FDCPA), 15 U.S.C. A§ 1692.

13.

Plaintiff avers that Wells Fargo Home Mortgage,Inc.. (Lender) is not the note holder and/or not acting for the holder of the loan.

14.

Plaintiff avers that the loan note was not properly endorsed through the chain of title to the (Lender), and they currently are not in physical possession of bearer paper prior to and or after illegal foreclosure sale and dispossessory proceedings.

15.

Plaintiff avers that Wells Fargo Home Mortgage, Inc, has actual and constructive knowledge where the paper instead is payable to order, a transfer is only effective if the transferor properly signs the note or a paper is actually affixed to the note, not just accompanying the note, fails to effectuate HIDC or purporting to have legal standing to foreclose on Plaintiff's property.

16.

Plaintiff avers that, ("Wells Fargo Home Mortgage, Inc") failed to effectively transfer and properly sign the note, thus not having legal standing to conduct a foreclosure sale on Plaintiff's property.

17.

Plaintiff avers that if any transfer is improper, then all subsequent transfers are improper, and Wells Fargo Home Mortgage, Inc ,("the Lender") does not in fact hold the note.

18.

Plaintiff avers that the Defendants, ("the Lender"), are not HIDC and has no legal standing and the Defendant's ("the Lender"), are not the legal and proper entities to conduct a foreclosure sale on Plaintiff's property.

19.

Plaintiff avers that Defendant, Wells Fargo Home Mortgage, Inc. and Wells Fargo Home Mortgage,Inc., ("the Lender") legal duty owed to Plaintiff by having HIDC status and legal standing to conduct foreclosure sale. Plaintiff further avers that Defendants Wells Fargo Home Mortgage, Inc and Wells Fargo Home Mortgage,Inc, ("the Lender") failed to establish its HIDC status and legal standing to conduct the illegal foreclosure , thereby breaching its legal duty and Plaintiff sustained damages thereof.

## COUNT II
## ILLEGAL DISPOSSESSORY AND WRIT OF POSSESSION

20.

The averments of paragraph 1-19 above are re-averred and incorporated herein by reference.

21.

Plaintiff avers that Defendant Wells Fargo Home Mortgage, Inc., illegal dispossessory and writ of possession piggy-backed upon Wells Fargo Home Mortgage, Inc, ("the Lender") having no legal standing to foreclose, collect mortgage, restructure, and or modify Plaintiff's loan.

22.

Plaintiff avers that Defendant Wells Fargo Home Mortgage, Inc. have actual and constructive knowledge that Wells Fargo Home Mortgage, Inc, ("the Lender") had no legal standing to foreclose on Plaintiff's property and are not the original holder of the note or mortgage and were not HIDC prior to conducting the illegal foreclosure.

23.

Plaintiff avers that Defendant Wells Fargo Home Mortgage, Inc. knew in advance the truth of allegations in paragraph 22, they fostered an air of conspiracy to willfully, maliciously and intentionally conspire with Wells Fargo Home Mortgage, Inc. ("the Lender") to deprive the Plaintiff of due process, while acting under color of law to conduct an illegal foreclosure sale, dispossessory and writ of possession.

## COUNT III
## VIOLATION OF THE FAIR DEBT COLLECTION PRACTICE ACT

24.

The averments of paragraph 1 – 23 above are re-averred and incorporated herein by reference.

25.

Defendant Wells Fargo Home Mortgage, Inc. violated the FDCPA, 15 U.S.C. A§1692(f), by using unfair and unconscionable means to collect the debt owed by the Plaintiff, including the collecting and attempting to collect of interest and other charges, fees and expenses not authorized by the original Loan Agreement, note or mortgage or otherwise legally chargeable
to the Plaintiff, as more fully set forth above.

26.

Wells Fargo Home Mortgage, Inc, ("the Lender") violated the FDCPA, 15 U.S.C A§1692e(2), by misrepresenting their character with respect to being the original holder of note and or mortgage and HIDC status, and their legal standing to collect any amount and legal status to
the Plaintiff's debt.

27.

Defendant Wells Fargo Home Mortgage, Inc and Wells Fargo Home Mortgage,Inc.("the Lender") violated the FDCPA, 15 U.S.C. A§1692e(5) and 1692f(6), by foreclosing on the Plaintiff's building even though Defendants Wells Fargo Home Mortgage, Inc.and Wells Fargo Home Mortgage, Inc., ("the Lender") has no legal standing to possession of the property under HIDC status, and by threatening to take other action prohibited by law.

## COUNT IV
## VIOLATION OF UNFAIR AND DECEPTIVE PRACTICE

28.

The averments of paragraph 1 – 27 above are re-averred and incorporated herein by reference.

29.

Defendants Wells Fargo Home Mortgage ,Inc ("the Lender") violated the provision of UDAP, regarding their legal standing to conduct foreclosure sale on Plaintiff's property, when in fact it had no such legal standing.

30.

Defendant Wells Fargo Home Mortgage, Inc,("the Lender") violated the provisions of UDAP, regarding their position to proceed with illegal dispossessory and writ of possession based upon Wells Fargo Home Mortgage, Inc.(McCalla Raymer),("the Lender") legal standing to conduct foreclosure sale of Plaintiff's property.

31.

Defendant Wells Fargo Home Mortgage,Inc("the Lender") violated the provisions of UDAP, by willfully, maliciously and intentionally conspiring to deny Plaintiff due process and acting under the color of law to deprive Plaintiff of real estate.

## PRAYER FOR RELIEF

**WHEREFORE,** the Plaintiff respectfully requests that this Court:

1. Enjoin and issue **INSTANTER,** an emergency temporary restraining order, preliminary and interlocutory injunction against the defendant Wells Fargo Home Mortgage, Inc. illegal dispossessory proceedings and writ possession issued in the State Court of Dekalb County;

2. Enjoin and issue **INSTANTER** an emergency temporary restraining order preliminary and interloctury injunction against Wells Fargo Home Mortgage,Inc ("the Lender");

3. Enjoin and issue **INSTANTER** an emergency temporary restraining order, preliminary and interlocutory injunction against McCalla Raymer,LLC, illegal foreclosure;

4. Enjoin Wells Fargo Home Mortgage , Inc ("the Lender") from collecting, foreclosing or attempting to collect any mortgage payments, interest, late fees, restructuring, modifying mortgage contract in this instant case;

5. Award punitive or exemplary damages in an amount to be determined at trial;

6. Award actual and compensatory damages, including those for mental anguish, in an amount to be determined at trial;

7. Issue an **INSTANTER ORDER** vacating and setting aside the foreclosure sale conducted by Defendant Wells Fargo Home Mortgage, Inc on behalf of the bank Wells Fargo Home Mortgage, Inc., ("the Lender");

8. Declare that Defendant Wells Fargo Home Mortgage, Inc ("the Lender") violated the FDCPA, enjoin Defendants from committing any future violations of the Act, and award the Plaintiff actual damages $1000.00 in statutory damages pursuant to 15 U.S.C. A§ 1692k.

9. Declare the Defendants McCalla Raymer, LLC, and Wells Fargo Home Mortgage, Inc("theLender") violated UDAP, enjoin Defendants from committing any future violations of the Act and award the Plaintiff actual damages and $1000.00 in statutory damages pursuant to State and Federal applicable statute;

10. That Plaintiff is granted a trial by jury;

11. Award Plaintiff property located at 1711 Jajef Ave. Conley, Ga. 30288 . Conley, Georgia Dekalb County, State free from any mortgage payments, encumbrances, judgments and liens, and litigation expenses, plus costs of suit, pursuant to 12 U.S.C.A§ 2605(f) and 15 U.S.C. A§ 692k(3);

12. Grant such other or further relief as is appropriate. Respectfully submitted,

*Deborah D. Armstrong*
1711 JAJEF AVE.
CONLEY, GA. 30288
(Dekalb County)
Pro Se

### VERIFICATION

Personally appeared before me, the **undersigned** officer, duly sworn authorized and qualified to administer oaths, _____, who after being duly sworn, deposes and states on oath that the information within the foregoing **COMPLAINT** is true and correct to the best of his knowledge, information and belief.

*Deborah D. Armstrong*
Deborah D. Armstrong (Pro Se)
1711 Jajef Ave. Conley, Ga. 30288

Sworn to and subscribed before me
this 5th day of August 2011.


_____
NOTARY PUBLIC

Commission Expires: _____

**CERTIFICATE OF SERVICE**

I, Deborah D. Armstrong, hereby certify that a copy of the foregoing
**COMPLAINT, SUMMONS** and **VERIFICATION** has been served pursuant to Fed.R. Civ.P 4
this 5th day of August, 2011 upon all interested parties named below by regular
United States Mail postage prepaid, unless another manner of service is expressly indicated, to
ensure proper delivery:

WELLS FARGO HOME MORTGAGE, INC
P.O. BOX 10335
DES MOINES, IA. 50306

McCALLA RAYMER, LLC
1544 OLD ALABAMA ROAD
ROSWELL, GA. 30076

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND
CORRECT.
Executed on August 5, 2011 By: Deborah D. Armstrong


Deborah D. Armstrong
1711 Jaje f Ave.
Conley, Ga. 30288