IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| DEBORAH D. ARMSTRONG, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO. 5:11-CV-310 (MTT) |
| WELLS FARGO HOME MORTGAGE, INC., | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court, *sua sponte*, on review of the Complaint. (Doc. 1). Pursuant to 28 U.S.C. § 1391(b), an action not founded solely on diversity of citizenship may be brought only in (1) a district where any defendant resides, if all defendants reside in the same state, (2) a district where a substantial part of the events or omissions took place, or (3) a district where the defendant may be found if neither (1) nor (2) applies. Here, the Plaintiff alleges the Defendant is a citizen of Des Moines, Iowa (Southern District of Iowa), and the foreclosure took place in Conley, Georgia (Northern District of Georgia). Pursuant to 28 U.S.C. § 1406(a), a district court in which a case is filed improperly "shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." In the interest of justice, this action is **TRANSFERRED** to the Northern District of Georgia.

**SO ORDERED**, this the 31st day of October, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT